IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN M. TIDWELL,

    Petitioner,                   No. CIV S-09-3522 EFB P

    vs.

STATE OF CALIFORNIA,

    Respondent.                ORDER

———————————————/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

    On January 5, 2010, the court directed petitioner to submit either the completed *in forma pauperis* application required by 28 U.S.C. § 1915(a) or the appropriate filing fee under 28 U.S.C. § 1914(a). On the same day, the court also dismissed the original petition for failure to name the proper respondent. Those orders explained the requirement to satisfy the filing fee and the deficiency in the original petition, and gave petitioner 30 days to file a completed *in forma pauperis* application or pay the filing fee and 30 days in which to file an amended petition naming the correct respondent. The January 5, 2010 order warned petitioner that failure to

1

timely file an application to proceed *in forma pauperis* or to pay the filing or the failure to file an amended petition may result in dismissal.

The 30-day period has expired and petitioner has not filed a completed *in forma pauperis* application, paid the filing fee, filed an amended petition or otherwise responded to the January 5, 2010 orders.

Accordingly, it is hereby ordered that this action is DISMISSED.

Dated: March 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE